# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TANYA LAFRENIER,

          Plaintiff,

v.

FRANKLIN COLLECTION SERVICE INC.,

          Defendant.

Case No. 17-CV-174-JPS

**ORDER**

On May 24, 2017, Defendant filed a letter indicating that the parties have resolved this matter and that they expect to file a stipulation of dismissal shortly. (Docket #9). The Court will direct the parties to file such a stipulation no later than June 23, 2017, or the Court will dismiss the action for failure to prosecute. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that the parties shall file a joint stipulation of dismissal of this action on or before **June 23, 2017**.

Dated at Milwaukee, Wisconsin, this 25th day of May, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge