# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TANYA LAFRENIER,

                Plaintiff,

v.

FRANKLIN COLLECTION SERVICE INC.,

                Defendant.

Case No. 17-CV-174-JPS

**ORDER**

On February 6, 2017, Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Counsel entered on Defendant's behalf in May 2017, but Defendant has not yet responded to the complaint. *See* (Docket #8). On June 6, 2017, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #11). Because Defendant has not yet responded to the complaint, the Court will adopt Plaintiff's notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 6th day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge